IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

---

DAVID HANG )
JENNIFER HANG ) Complaint for a Civil Case
)
      Plaintiff )
     *Pro Se* )
)
-against- ) Case No.: **CV23-5570 (RER) (CLP)**
)
)
ERIC ADMS, ET, AL., )
)
)
      Defendants )
) Jury Trial: ☒ Yes ☐ No
)

---

**FILED**
**02/13/2025 01:16 PM**
**in the Clerk's Office**
**U.S. District Court,**
**EDNY, Brooklyn**
**Pro Se Office via**
**Electronic Portal**

## AMENDED COMPLAINT

(Add NYPD Officer Jamie Angelastro as an additional Defendant)

1

I. The Parties to This Complaint

A. The Plaintiff (s)

    Name: David Hang & Jennifer Hang

    Street Address: 4323 Colden Street, Apt. 5H

    City and County: Flushing, Queens

    State and Zip Code: New York, 11355

    Telephone Number: 718-878-0727

    E-Mail Address: nycqueenstls@gmail.com

B. The Defendant(s)

Defendant No. 1

    Name: Eric Adams

    Job or Title: Mayor of the City of New York

    Street Address: City Hall Park

    City and County: New York

    State and Zip Code: NY 10008

    Telephone Number:

Defendant No. 2

    Name: Edward A. Caban

    Job or Title: NYPD Commissioner

    Street Address: 1 Police Plaza Path

    City and County: New York

    State and Zip Code: NY 10008

    Telephone Number:

Defendant No. 3

Name: Deputy Inspector Louron E. Hall

Job or Title: Commanding Officer 109th Precinct, NYPD

Street Address: 3705 Union Street

City and County: Queens, New York

State and Zip Code: NY 11354


Defendant No. 4

Name: Christopher Catalano

Job or Title: Lieutenant of NYPD 109th Precinct

Street Address: 3705 Union Street

City and County: Queens New York

State and Zip Code: NY 11354


Defendant No. 5        **(The additional Defendant)**

Name: Jamie Angelastro

Job or Title: Police Officer of NYPD 109th Precinct

Street Address: 3705 Union Street

City and County: Queens, New York

State and Zip Code: NY 11354


## II.   Basis for Jurisdiction

What is the basis for federal court jurisdiction?

3

☒ Federal Question         ☐ Diversity of Citizenship

A. If the Basis for Jurisdiction Is a Federal Question
List the specific federal statutes, federal treaties, and / or provisions of the United States Constitution that are at issue in this case.

The Fourth Amendment: The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no Warrants shall issue, but upon probable case, supported by Oath or Affirmation, and particularly describing the place to be searched, and the person or things to be seized.

III. **Statement of Claim**

ON June 18th, 2022, at or around 11:15 pm, the police from 109th prescient of NYPD led by Lieutenant Christopher Catalano illegally raided and searched Plaintiffs' home. No search Warrant was produced or announced before, during or after the raid and search. Plaintiffs' constitutional and civil rights and home integrity were violated by NYPD. Plaintiffs were assaulted, insulted and violated by NYPD during the raid. As a result, Plaintiffs were physically and mentally hurt and injured. Plaintiffs' Fourth Amendment Rights were severely violated.

**Police Officer Jamie Angelastro also raided Plaintiff's home and restrained the free movements of Plaintiffs at their own home. Thus he is added as an additional Defendant into the Complaint.**

IV. **Relief**

Plaintiffs respectfully implore the Court to enter and order to order Defendants to pay the damages of $100, 000 for each Plaintiff, in total of $200,000 for the two Plaintiffs, which includes the actual damages, and punitive damages, to compensate Plaintiffs for the harm

4

<u>and sufferings they have had resulted from the wrong doings of NYPD, and any other damages the Court finds proper and just.</u>

### V.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

#### A.   For Parties without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of Signing:   <u>   Queens, New York   </u>

<u>   February 13th, 2025   </u>

Signature of Plaintiffs: _____

David Hang & Jennifer Hang, Plaintiffs *Pro Se*
4323 Colden Street Apt. 5H, Flushing, NY 11355