UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DAVID HANG, *et al.*,

                Plaintiffs,

        -against-                          **ORDER**
                                           23 CV 5570 (RER) (CLP)

ERIC ADAMS, *et al.*,

                Defendants.
------------------------------------------------------------X
**POLLAK**, United States Magistrate Judge:

On February 7, 2025, the Court Ordered defendants to submit two letters by February 18, 2025, which should detail alleged issues with both parties' document production to date. (See ECF No. 35). Those letters were timely filed on February 25, 2025 per an extension previously granted by the Court. (See ECF Nos. 39, 40, 41).

On March 11, 2025, *pro se* plaintiffs David Hang and Jennifer Hang wrote the Court to request an extension of their deadline to respond to defendants' letters, which was set to expire on March 12, 2025. (ECF No. 42). Plaintiffs indicate that they only received defendants' letters and exhibits a couple days ago, and thus, they need additional time to respond. (Id.) Plaintiffs also state that defendants consent to their request. (Id.)

The request is granted. Plaintiffs shall file responses to defendants' letters on or before **March 27, 2025**.

A copy of this Order will be mailed to *pro se* plaintiff Jennifer Hang. The Clerk is directed to send copies of this Order to all other parties either electronically through the Electronic Case Filing (ECF) system or by mail.

1

**SO ORDERED.**

Dated: Brooklyn, New York
March 13, 2025

/s/ Cheryl L. Pollak
Cheryl L. Pollak
United States Magistrate Judge
Eastern District of New York