UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

DAVID HANG and JENNIFER HANG,

                            Plaintiffs,

      -against-

ERIC ADAMS, EDWARD A. CABAN, DEPUTY INSPECTOR LOURON E. HALL, and LIEUTENANT CATALANO,

                            Defendants.

------------------------------------------------------------------------ x

**NOTICE OF APPEARANCE**

23-CV-5570 (RER)(CLP)

        **PLEASE TAKE NOTICE** that John McLaughlin, Assistant Corporation Counsel, should be listed as counsel of record on behalf of the Corporation Counsel of the City of New York, Muriel Goode-Trufant, attorney for defendants Eric Adams, Edward A. Caban, Deputy Inspector Louron E. Hall, and Lieutenant Catalano.

[REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK]

- 2 -

All future notifications should be forwarded to the undersigned.

Dated:    New York, New York
          October 29, 2025

                                        MURIEL GOODE-TRUFANT
                                        Corporation Counsel of the City of
                                           New York
                                        *Attorney for Defendants*
                                        100 Church Street
                                        New York, New York 10007
                                        P: (212) 356-2670

                                    By: /s/ *John McLaughlin*
                                        John McLaughlin
                                        *Assistant Corporation Counsel*

Cc:    **VIA FIRST CLASS MAIL AND EMAIL**
       David Hang
       4323 Colden Street, Apt 5H
       Flushing, NY 11355
       (718) 878-0727
       Email: nycqueenstls@gmail.com
       *Plaintiff Pro Se*

       Jennifer Hang
       4323 Colden Street, Apt 5H
       Flushing, NY 11355
       (718) 878-0727
       *Plaintiff Pro Se*