UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
DAVID HAND and JENNIFER HANG,

                    Plaintiffs,

         -against-                                **ORDER**
                                                  25 CV 5570 (RER) (CLP)

ERIC ADAMS, *et al.*,

                    Defendants.
-----------------------------------------------------------X
**POLLAK**, United States Magistrate Judge:

       On October 29, 2025, defendants filed a status report with the Court requesting a deadline for plaintiffs to serve supplemental discovery responses in compliance with the Court's September 19, 2025 Order. (ECF No. 52). That Order required plaintiffs to provide complete responses to defendants' interrogatories and document requests. (See generally ECF No. 50). Defendants contend that plaintiffs provided a response on October 19, 2025, but that some of the responses were general or conclusory in nature and did not address the substantive requirements of the Court's September 19, 2025 Order. (ECF No. 52 at 1–2).

       The Court therefore grants defendants' request. By **November 13, 2025**, plaintiffs shall supplement their discovery responses or provide a letter to the Court in response to defendants' letter indicating why they believe their discovery responses are sufficient. Defendants shall file a status report by **November 20, 2025.**

       *Pro se* plaintiff Jennifer Hang has not yet consented to receive notices electronically. Accordingly, a copy of this Order will be mailed to her. The Clerk is directed to send copies of this Order to all other parties electronically through the Electronic Case Filing (ECF) system or by mail.

**SO ORDERED.**

Dated: Brooklyn, New York
October 30, 2025

/s/ Cheryl L. Pollak
Cheryl L. Pollak
United States Magistrate Judge
Eastern District of New York