

| | | |
|---|---|---|
| **MURIEL GOODE-TRUFANT**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 Church Street<br>NEW YORK, NY 10007 | **JOHN MCLAUGHLIN**<br>Phone: (212) 356-2670<br>Fax: (212) 356-3509<br>jmclaugh@law.nyc.gov<br>*Assistant Corporation Counsel* |

November 20, 2025

**BY ECF**
Honorable Cheryl L. Pollak
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: <u>David Hang, et al. v. Eric Adams, et al.,</u>
23-CV-5570 (RER)(CLP)

Your Honor:

       I am an Assistant Corporation Counsel in the Office of the Corporation Counsel, attorney for defendants Adams, Caban, Hall, and Catalano in the above-referenced matter. I write pursuant to the Court's October 30, 2025 Order (ECF No. 53) to provide a further status update regarding Plaintiffs' compliance with the Court's September 19, 2025 discovery Order.

       Since the Court's last Order, Plaintiffs have served supplemental written responses and Defendants have continued to confer with Mr. Hang about the issues identified in Defendants' October 27, 2025 email. Those exchanges have been productive. In light of Plaintiffs' October 18, 2025 responses and their November 12, 2025 submission, Defendants' view is that Plaintiffs have now substantially complied with the Court's directives concerning identification of the injuries they claim, the post-incident healthcare providers who treated them, and the documents in their possession concerning the incident and those injuries. Plaintiffs have confirmed that, apart from the CCRB complaint and the HIPAA authorizations already provided, they do not presently have additional responsive documents or medical records in their own possession.

       One narrow issue remains outstanding with respect to Interrogatory No. 7. In their most recent submission, Plaintiffs state that Plaintiff David Hang had pre-existing conditions that he contends have worsened since the June 18, 2022 incident. However, Plaintiffs have not yet identified any medical providers who treated Mr. Hang for those conditions before the incident, nor have they confirmed that no such providers exist. Earlier today, the undersigned wrote to Mr. Hang to clarify whether he is the only Plaintiff asserting an exacerbation of pre-existing conditions, and to ask him either to identify any pre-incident providers who treated these conditions (including, if applicable, which of the already-named doctors provided that treatment), or to confirm that he did not receive such treatment prior to June 18, 2022. Defendants hope that this last point can be resolved quickly and informally, but will promptly inform the Court if limited further guidance is needed on this point.

   Separately, Defendants continue to attempt to obtain Plaintiffs' medical records directly from the providers plaintiffs have identified, in light of Plaintiffs' representation that they do not currently possess those records themselves. Given that these records are not in Plaintiffs' possession, the timing and completeness of the providers' productions will bear on the parties' ability to evaluate the medical aspects of Plaintiffs' claims for settlement, motion practice, and to plan any necessary expert discovery.

   At present, aside from the limited outstanding issue regarding identification of any pre-incident providers for Mr. Hang's pre-existing conditions, Defendants do not request further Court intervention with respect to Plaintiffs' responses to the discovery addressed in the Court's September 19, 2025 Order.

                Respectfully Submitted,

                *John McLaughlin /s/*

                John McLaughlin
                Attorney for Defendants
                *Assistant Corporation Counsel*
                New York City Law Department
                100 Church Street
                New York, NY 10007
                (212) 356-2670
                jmclaugh@law.nyc.gov

Cc: **VIA ECF**
   David Hang
   4323 Colden Street, Apt 5H
   Flushing, NY 11355
   (718) 878-0727
   Email: nycqueenstls@gmail.com
   *Plaintiff Pro Se*

   **VIA FIRST CLASS MAIL**
   Jennifer Hang
   4323 Colden Street, Apt 5H
   Flushing, NY 11355
   (718) 878-0727
   *Plaintiff Pro Se*