UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DAVID HANG and JENNIFER HANG,

                Plaintiffs,

    -against-

ERIC ADAMS, *et al.*,

                Defendants.
------------------------------------------------------------X

**ORDER**
25 CV 5570 (RER) (CLP)

**POLLAK**, United States Magistrate Judge:

    On October 30, 2025, the Court Ordered plaintiffs to supplement discovery requests and file a status report by November 10, 2025. (ECF No. 53). On November 20, 2025, pursuant to the Court's October 30, 2025 Order, defendants submitted a status report, stating *inter alia* that defendants have been attempting to obtain plaintiffs' medical records from plaintiffs' medical providers.

    If defendants cannot obtain records from the medical providers by **December 5, 2025**, they may submit subpoenas to be so-ordered by the Court. Parties shall submit a status report by **December 30, 2025** indicating the status of discovery and apprising the Court of any anticipated depositions.

    Plaintiffs are required to advise the Clerk of Court in writing of any change of address. Failure to keep the Court informed of plaintiffs' current address means the Court will not know where to contact plaintiffs and may result in dismissal of the case. For information regarding court procedures, plaintiffs may contact the Pro Se Office at the United States Courthouse by calling (718) 613-2665.

*Pro se* plaintiff Jennifer Hang has not yet consented to receive notices electronically. Accordingly, a copy of this Order will be mailed to her. The Clerk is directed to send copies of this Order to all other parties electronically through the Electronic Case Filing (ECF) system or by mail.

**SO ORDERED.**
Dated: Brooklyn, New York
November 24, 2025

/s/ Cheryl L. Pollak
Cheryl L. Pollak
United States Magistrate Judge
Eastern District of New York