UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DAVID HANG and JENNIFER HANG,

                           Plaintiffs,                      **ORDER**
                                                           23 CV 5570 (RER) (CLP)

       -against-

ERIC ADAMS, *et al.*

                           Defendants.
------------------------------------------------------------X

**POLLAK**, United States Magistrate Judge:

On December 10, 2025, defendants submitted three proposed subpoenas duces tecum directed at plaintiffs' medical providers Qing Zhang, M.D., Yanqing Ma, M.D. (the "providers") (ECF No. 56) in accordance with the Court's November 24, 2025 Order to do so. (See ECF No. 55).

The proposed subpoenas are So Ordered. The providers shall have until **December 24, 2025, at 9:00 AM EST** to produce the documents demanded, as listed in the subpoenas. If any provider fails to provide the requested documents by December 24, 2025, as directed in the subpoena, he or she will be required to appear before this Court on **January 16, at 9:45 AM** to show cause why sanctions, including monetary sanctions, should not be imposed for its failure to comply with a Court Order. See Fed. R. Civ. P. 45(g). The show cause hearing, if needed, will be held via CISCO conference call. Please dial 571-353-2301 at 9:45 AM. Enter Meeting ID: 022-788-537. Defendants shall also file a status report by **January 5, 2026** indicating whether the show cause hearing remains necessary due to subpoena non-compliance.

The Clerk is directed to send copies of this Order to the parties either electronically through the Electronic Case Filing (ECF) system or by mail.

**SO ORDERED.**

Dated: Brooklyn, New York
December 15, 2025

                                                /s/ Cheryl L. Pollak
                                                Cheryl L. Pollak
                                                United States Magistrate Judge
                                                Eastern District of New York