

**T**HE **C**ITY OF **N**EW **Y**ORK
**L**AW **D**EPARTMENT
100 Church Street
NEW YORK, NY 10007

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

**JOHN MCLAUGHLIN**
Phone: (212) 356-2670
Fax: (212) 356-3509
jmclaugh@law.nyc.gov
*Assistant Corporation Counsel*

December 30, 2025

**BY ECF**
Honorable Cheryl L. Pollak
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: David Hang and Jennifer Hang v. Eric Adams, et al.,
23-CV-5570 (RER)(CLP)

Your Honor:

I am an Assistant Corporation Counsel in the office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, and the attorney representing Defendants Eric Adams, Edward A. Caban, Deputy Inspector Louron E. Hall, and Lieutenant Catalano in the above referenced matter. Defendants respectfully submit this status report pursuant to the Court's November 24, 2025 Order directing the parties to file a status report by December 30, 2025 "indicating the status of discovery and apprising the Court of any anticipated depositions." (ECF No. 55). Plaintiffs, who are proceeding *pro se*, were provided an opportunity to offer input but did not propose any additions or revisions.

**Status of Discovery**

As the Court authorized, Defendants submitted proposed subpoenas to be so-ordered on December 10, 2025 (ECF No. 56), after Defendants were unable to obtain certain medical records from Plaintiffs' medical providers through other means. The Court so-ordered the subpoenas on December 15, 2025 (ECF No. 57), and they were served by mail the same day.

Defendants have since received medical records from Dr. Yanqing Ma's office. Defendants have not yet received a response from Dr. Qing Zhang's office. However, today, December 30, 2025, a member of the undersigned's office spoke with someone at Dr. Zhang's office, who advised that she needed to consult with her manager, who is on vacation until January 3, 2026. Defendants intend to follow up with Dr. Zhang's office on January 5, 2026.

Pursuant to the Court's December 15, 2025 Order, Defendants are currently directed to file a further status report on January 5, 2026 indicating "whether the show cause

hearing remains necessary" as to Dr. Zhang "due to subpoena non-compliance." In light of the foregoing progress and the planned January 5 follow-up with Dr. Zhang's office, the parties respectfully request that this deadline be extended by two weeks, to **January 19, 2026**, so that Defendants may provide a more meaningful update regarding whether a show-cause hearing remains necessary. Plaintiffs have not stated a position on this request.

### Anticipated Depositions

With respect to anticipated depositions, Defendants anticipate deposing both Plaintiffs after the medical records are obtained and reviewed. The undersigned has been advised by Plaintiff David Hang that deposing Plaintiff Jennifer Hang will require the services of an interpreter. The parties will meet and confer regarding logistics and mutually agreeable dates once records review is complete.

Plaintiffs have not indicated whether they intend to notice any depositions of Defendants.

Defendants thank the Court for its time and consideration.

Respectfully Submitted,

/s/ *John McLaughlin*

John McLaughlin
Attorney for Defendants
*Assistant Corporation Counsel*
New York City Law Department
100 Church Street
New York, NY 10007
(212) 356-2670
jmclaugh@law.nyc.gov

Cc: **VIA ECF**
David Hang
4323 Colden Street, Apt 5H
Flushing, NY 11355
718-878-0727
Email: nycqueenstls@gmail.com
*Plaintiff Pro Se*

Cc: **VIA FIRST CLASS MAIL**
Jennifer Hang
4323 Colden Street, Apt 5H
Flushing, NY 11355
718-878-0727
*Plaintiff Pro Se*