UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DAVID HANG and JENNIFER HANG,

                Plaintiffs,

-against-

ERIC ADAMS, *et al.*,

                Defendants.
------------------------------------------------------------X

**ORDER**
23 CV 5570 (RER) (CLP)

**POLLAK**, United States Magistrate Judge:

On December 15, 2025, the Court so-ordered subpoenas directed at plaintiffs' medical providers, Qing Zhang, M.D., and Yanqing Ma, M.D. (ECF No. 57). The Court also set a show cause hearing for January 16, 2026 and Ordered defendants to alert the Court by January 5, 2026 to whether the providers had responded to the subpoenas, obviating the need for the show cause hearing. (Id.)

On December 30, 2025, defendants filed a status report with the Court, requesting that the Court extend the deadline for defendants to alert the Court as to subpoena compliance until January 19, 2026. (ECF No. 58).

The Court grants defendants' request. Defendants shall file a status report by **January 19, 2026** indicating whether a show cause hearing is necessary due to subpoena non-compliance. However, because this deadline is after the date currently set for the show cause hearing, the show cause hearing is hereby adjourned *sine die*.

*Pro se* plaintiff Jennifer Hang has not yet consented to receive notices electronically. Accordingly, a copy of this Order will be mailed to her. The Clerk is directed to send copies of

this Order to all other parties electronically through the Electronic Case Filing (ECF) system or by mail.

    **SO ORDERED.**

Dated: Brooklyn, New York
      January 2, 2026

                                              /s/ Cheryl L. Pollak
                                              Cheryl L. Pollak
                                              United States Magistrate Judge
                                              Eastern District of New York