

**THE CITY OF NEW YORK**

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

# LAW DEPARTMENT
100 Church Street
NEW YORK, NY 10007

**JOHN MCLAUGHLIN**
Phone: (212) 356-2670
Fax: (212) 356-3509
jmclaugh@law.nyc.gov
*Assistant Corporation Counsel*

January 26, 2026

**BY ECF**
Honorable Peggy Cross-Goldenberg
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: <u>David Hang et al. v. Eric Adams et al.</u>,
23-CV-5570 (RER)(PCG)

Your Honor:

I am an Assistant Corporation Counsel in the office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, and the attorney representing Defendants Eric Adams, Edward A. Caban, Deputy Inspector Louron E. Hall, and Lieutenant Catalano in the above-referenced matter. Defendants respectfully submit this status report pursuant to the Court's Scheduling Order directing Defendants to file a status report on or before January 26, 2026 concerning subpoena compliance and whether any show-cause proceeding remains necessary.

By way of background, the Court previously so-ordered subpoenas to Plaintiffs' identified medical providers, including Qing Zhang, M.D.—(*see* ECF No. 57) and set a show-cause hearing in the event of non-compliance, which was later adjourned *sine die*. (*See* Text Only Order, Jan. 15, 2026).

Since Defendants' prior update, Defendants have continued to communicate with Dr. Zhang's office regarding compliance. On January 23, 2026, staff at Dr. Zhang's office advised Defendants by telephone that the requested records had been mailed. Although Defendants have not yet received the records, Defendants expect to receive them this week.

In light of the foregoing, Defendants respectfully submit that a show-cause hearing is not necessary at this time, and the case may proceed. Defendants will promptly advise the Court by letter if the records are not received as anticipated or if further Court intervention becomes necessary.

Defendants thank the Court for its time and consideration.

    Respectfully Submitted,

    */s/ John McLaughlin*

    John McLaughlin
    Attorney for Defendants
    *Assistant Corporation Counsel*
    New York City Law Department
    100 Church Street
    New York, NY 10007
    (212) 356-2670
    jmclaugh@law.nyc.gov

Cc: **VIA ECF**
    David Hang
    4323 Colden Street, Apt 5H
    Flushing, NY 11355
    718-878-0727
    Email: nycqueenstls@gmail.com
    *Plaintiff Pro Se*

Cc: **VIA FIRST CLASS MAIL**
    Jennifer Hang
    4323 Colden Street, Apt 5H
    Flushing, NY 11355
    718-878-0727
    *Plaintiff Pro Se*