

**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 Church Street
NEW YORK, NY 10007

**STEVEN BANKS**
*Corporation Counsel*

**JOHN MCLAUGHLIN**
Phone: (212) 356-2670
Fax: (212) 356-3509
jmclaugh@law.nyc.gov
*Assistant Corporation Counsel*

April 2, 2026

**BY ECF**
Honorable Peggy Cross-Goldenberg
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re:   David Hang, et al. v. Eric Adams, et al.,
>        23-cv-5570 (RER)(PCG)

Your Honor:

I am an Assistant Corporation Counsel in the office of Steven Banks, Corporation Counsel of the City of New York, and the attorney representing defendants Eric Adams, Edward A. Caban, and Lieutenant Catalano in the above-referenced matter. Defendants respectfully submit this joint letter motion, on consent of all parties, for a sixty (60) day extension of the deposition deadline in this matter, from April 13, 2026 to June 12, 2026.

By Order dated February 12, 2026, this Court directed that depositions be completed by April 13, 2026 and that the parties submit a status report by April 20, 2026. On March 26, 2026, the parties filed a stipulation and proposed order concerning the protocol for conducting remote depositions (ECF No. 63). The deposition of plaintiff Jennifer Hang was conducted remotely through an interpreter on March 27, 2026. The deposition of plaintiff David Hang has not yet been taken.

Good cause exists for the requested extension. First, plaintiff David Hang has informed defendants that he will be unavailable for approximately twenty (20) days beginning this weekend, rendering it impossible to schedule his deposition within the current discovery period. Second, undersigned counsel will be departing the New York City Law Department after April 10, 2026, and a new attorney will need to be assigned to this matter. Additional time is warranted to allow successor counsel to familiarize themselves with the case, review the existing discovery record, and prepare for the remaining deposition(s).

Both plaintiffs consent to this application. There is no prejudice to any party, as the extension is sought in good faith and for the reasons stated above.

Accordingly, defendants respectfully request that this Court extend the discovery deadline to June 12, 2026 and set a revised status report date of June 19, 2026.

The parties thank the Court for its time and consideration of this matter.

Respectfully Submitted,

/s/ *John McLaughlin*

John McLaughlin
Attorney for Defendants
*Assistant Corporation Counsel*
New York City Law Department
100 Church Street
New York, NY 10007
(212) 356-2670
jmclaugh@law.nyc.gov

Cc:  **VIA ECF**
David Hang
4323 Colden Street, Apt 5H
Flushing, NY 11355
718-878-0727
Email: nycqueenstls@gmail.com
*Plaintiff Pro Se*

**VIA FIRST CLASS MAIL**
Jennifer Hang
4323 Colden Street, Apt 5H
Flushing, NY 11355
718-878-0727
*Plaintiff Pro Se*

ii