UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------- X

DAVID HANG and JENNIFER HANG,                            **NOTICE OF SUBSTITUTION**
                                                        **OF COUNSEL**

                                    Plaintiffs,

            -against-                                   23 Civ. 5570 (RER)(PCG)

ERIC ADAMS, et al.,

                                    Defendants.

-------------------------------------------------- X

      **PLEASE TAKE NOTICE** that the following attorney is hereby substituted in place of John McLaughlin, Esq., as counsel of record on behalf of the Corporation Counsel of the City of New York, Steven Banks, attorney for defendants Eric Adams, Edward A. Caban, Deputy Inspector Louron E. Hall, and Lieutenant Catalano in this case:

Odalmy Ruiz
*Assistant Corporation Counsel*
New York City Law Department
100 Church Street
New York, NY 10007
(212) 356-5053
odaruiz@law.nyc.gov

1

Please serve all papers and future notifications on the attorney for defendants Eric Adams, Edward A. Caban, Deputy Inspector Louron E. Hall, and Lieutenant Catalano at the address set forth above and at ecf@law.nyc.gov, and  please terminate John McLaughlin, Esq. as counsel of record and replace him with Odalmy Ruiz.

Dated: New York, New York
      May 15, 2026

STEVEN BANKS
Corporation Counsel
     of the City of New York
*Attorney for Defendants Adams, Caban, Hall and Catalano*
100 Church Street
New York, New York 10007
(212) 356-5053
odaruiz@law.nyc.gov

By:    /s/ *Odalmy Ruiz*
      _____
      Odalmy Ruiz
      *Assistant Corporation Counsel*
      Special Federal Litigation Division

cc:    **VIA FIRST CLASS MAIL**
    David Hang
    *Plaintiff pro se*
    4323 Colden Street, Apt 5H
    Flushing, NY 11355

    Jennifer Hang
    *Plaintiff pro se*
    4323 Colden Street, Apt 5H
    Flushing, NY 11355