

**STEVEN BANKS**
*Corporation Counsel*

THE CITY OF NEW YORK

**LAW DEPARTMENT**

100 CHURCH STREET
NEW YORK, NY 10007

**ODALMY RUIZ**
Assistant Corporation Counsel
Tel.: (212) 356-5053
Fax: (212) 356 3509
Email: odaruiz@law.nyc.gov

May 15, 2026

**BY ECF**
Honorable Peggy Cross-Goldenberg
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

       Re:    <u>David Hang, et al.  v. Eric Adams, et al.</u>
               23 Civ. 5570 (RER)(PCG)

Your Honor:

      I am an Assistant Corporation Counsel in the Office of Steven Banks, Corporation Counsel of the City of New York. I write pursuant to Rule 1.4 of the Local Civil Rules of the United States District Courts for the Southern and Eastern Districts of New York to respectfully request that the Court issue an Order substituting the undersigned as counsel of record on behalf of defendants Eric Adams, Edward A. Caban, Deputy Inspector Louron E. Hall, and Lieutenant Catalano, and in place of Assistant Corporation Counsel John McLaughlin as Mr. McLaughlin left his employment with the New York City Law Department and will no longer be handling the defense of this matter. Simultaneously herewith, I am filing a notice of substitution of counsel, and our Office respectfully requests that Mr. McLaughlin be removed as an attorney of record on this matter.

      I thank the Court for its time and consideration of this request.

                      Respectfully submitted,

                      */s/ Odalmy Ruiz*

                      Odalmy Ruiz
                      *Assistant Corporation Counsel*
                      Special Federal Litigation Division

1

Encl.

cc:     **<u>VIA FIRST-CLASS MAIL</u>**
        David Hang
        *Plaintiff pro se*
        4323 Colden Street, Apt 5H
        Flushing, NY 11355

        Jennifer Hang
        *Plaintiff pro se*
        4323 Colden Street, Apt 5H
        Flushing, NY 11355